# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | BRYANT KEITH & APRIL DAWN PETERS |
| **Case Number:** | 2:09-BK-12712-RTBP    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 09:00 AM   PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

STATUS HEARING IN RE: CHAPTER 11 CASE

**R / M #:**   1 / 0

## *Appearances:*

JAMES F KAHN, ATTORNEY FOR APRIL DAWN PETERS, BRYANT KEITH PETERS

## *Proceedings:*

Counsel reviews the status of the case and notes a liquidating plan will be on file by 9/30/09.

COURT:  IT IS ORDERED directing the debtor to file a plan & disclosure statement no later than 9/30/09.