James F. Kahn - 003063
**JAMES F. KAHN, P.C.**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
James.Kahn@azbar.org
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings Under Chapter 11 |
| | ) |
| PETERS, BRYANT KEITH and | ) |
| PETERS, APRIL DAWN, | ) Case No.:  2:09-bk-12712-RTB |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF INTENT TO ABANDON EXEMPT PROPERTY
## BY CHAPTER 11 DEBTORS IN POSSESSION

Debtors, through the Law Offices of James F. Kahn, P.C., hereby give notice of

Intent to abandon from the Estate exempt property listed on Debtors' Schedule C, as it is

burdensome to the Estate or of inconsequential value to the Estate.  This notice is given

pursuant to 11 U.S.C. § 554, Rule 6007, Rules of Bankruptcy Procedure, Rule 6007-1,

L.R.B.P., and the Memorandum of Points and Authorities which follows.

RESPECTFULLY SUBMITTED this 14th day of January, 2010.

JAMES F. KAHN, P.C.


/s/ James F. Kahn, SBN003063
James F. Kahn
Attorney for Debtors

## MEMORANDUM OF POINTS AND AUTHORITIES

**A.  FACTS**

1.  Debtors filed their Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on June 9, 2009.

2.  Debtors filed their Schedules of Assets & Liabilities, including the list of exempt property, on June 30, 2009.

3.  The Meeting of Creditors was held and concluded on August 7, 2009.

4.  The deadline to object to exemptions was September 6, 2009. Rule 4003(b), R. Bankr. P.

5.  No objections to the Debtors' list of exempt property have been timely filed.

**HOMESTEAD**

6.  Debtors own a home and lot that is their homestead and which was properly listed in their Schedules of Assets and Liabilities, Schedule A, pursuant to 11 U.S.C. § 521(1).

7.  Debtors claimed their homestead as exempt in their Schedules of Assets and Liabilities, Schedule C, pursuant to 11 U.S.C. § 33-1101.

8.  The homestead property is described as:

    LEGAL DESCRIPTION:    See Exhibit "A."

    STREET ADDRESS:    7050 Cheyenne Springs Road
    Prescott Valley, AZ 86314

9.  The amount of Debtors' equity in the home at the time of filing was and is within the exemption amount established pursuant to A.R.S. § 33-1101 *et seq.* and 11 U.S.C. § 522 at the time of the filing of this bankruptcy case.

10. Pursuant to a valuation estimate from Zillow.com, the value of the home and lot is $369,000.00. A copy of the Zillow.com estimate is attached as Exhibit "B."

11. The approximate balance due on the first mortgage/Deed of Trust on the home is $161,591.89.

12. The approximate balance due on the second mortgage/Deed of Trust on the home is $77,804.03.

13. The net equity in the home is approximately $129,604.08.

14. The property could not be sold for an amount sufficient to pay a broker's commission, closing costs, first mortgage, second mortgage and Debtors' exemption.

15. The property is burdensome to the Estate or is of inconsequential value and benefit to the Estate, and should be abandoned, pursuant to 11 U.S.C. § 554, Rule 6007, Rules of Bankruptcy Procedure, and Rule 6007-1, L.R.B.P.

## EXEMPT PERSONAL PROPERTY

16. Debtors have listed personal property as exempt in their Schedule C, a copy of which is attached as Exhibit "C."

17. The property is burdensome to the Estate or is of inconsequential value and benefit to the Estate, and should be abandoned, pursuant to 11 U.S.C. § 554, Rule 6007, Rules of Bankruptcy Procedure, and Rule 6007-1, L.R.B.P.

18. All property listed in Schedule "C" should be deemed abandoned by operation of law, upon the passage of the deadline for objections to the claim

of exemptions.

**B.      LEGAL AUTHORITIES**

11 U.S.C. § 554 of the United States Bankruptcy Code provides:

> (a)      After notice and a hearing, the trustee may abandon any property of the Estate that is burdensome to the Estate or that is of inconsequential value and benefit to the Estate.

**C.      TIME TO OBJECT**

Rule 6007 provides that the Trustee or Debtor-in-Possession shall give notice of a proposed abandonment or disposition of property to the Untied States Trustee, all creditors, indenture trustees and committees elected pursuant to § 705 or appointed pursuant to § 1102 of the Code.  A party in interest may file and serve an Objection within 14 days of mailing of the Notice.  Objections to the Motion, if any, shall be supported by specific facts and must be in writing and filed with the Clerk of the United States Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706 and served upon counsel for the Debtors at the address at the top of this notice.

RESPECTFULLY SUBMITTED this 14th day of January, 2010.

JAMES F. KAHN, P.C.

/s/ James F. Kahn, SBN003063
James F. Kahn
Attorney for Debtors

A copy of the foregoing was mailed
this 14th day of January, 2010, to:

All parties on the Master Mailing List
as of January 14, 2010.

/s/ Krystal M. Ahart